1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                              DISTRICT OF NEVADA

9

10    LINQ360, LLC,                          )
                                             )
11              Plaintiff,                    )      Case No.  2:12-cv-01882-LRH-CWH
                                             )
12    vs.                                     )      **ORDER**
                                             )
13    SUITE LINQ, INC.,                       )
                                             )
14              Defendant.                    )
                                             )
15   _____)

16          This matter is before the Court on the law firm of Maier Gutierrez Ayon's Motion to Withdraw

17    as Attorneys of Record (#17), filed July 10, 2013.

18          Pursuant to Local Rule IA 10-6(b), "[n]o attorney may withdraw after appearing in a case except

19    by leave of court after notice has been served on the affected client and opposing counsel." Attorneys

20    Jason Maier and Luis A. Ayon, of the law firm Maier Gutierrez Ayon, request leave of court to

21    withdraw as counsel of record for Defendant Suite Linq, Inc.  Counsel unsuccessfully attempted to

22    inform their client of this motion via telephone, mail, and email prior to its filing.  Nevertheless, they

23    have served a copy of the motion on defendant via certified mail as well as email.  After review of the

24    motion and record, the Court is satisfied that the requirements of LR IA 10-6(b) have been satisfied and

25    there is good cause for withdrawal.  Accordingly,

26          **IT IS HEREBY ORDERED** that the law firm of Maier Gutierrez Ayon's Motion to Withdraw

27    as Attorneys of Record (#17) is **granted**.

28          **IT IS FURTHER ORDERED** that Defendant Suite Linq, Inc. must retain new counsel if it

intends to continue to litigate this matter.  A corporation may appear in federal court only through

1  licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).  Defendant

2  shall have until **Monday, August 12, 2013** to inform the Court whether it will retain new counsel.

3      **IT IS FURTHER ORDERED** that the Clerk of the Court shall:

4      1.    Add the last known address of Defendant Suite Linq, Inc. to the civil docket:

5      **Suite Linq, Inc.**
**841 Springdale Drive**
6  **Exton, PA 19341.**

7

8      2.    Mail a copy of this order to Defendant Suite Linq, Inc.  with a copy of this order at their

9      last known addresses listed above.

10      **IT IS FURTHER ORDERED** that withdrawing counsel shall serve a copy of this order on

their former client and file a certificate of service.

    DATED this 11th day of July, 2013.

_____
**C.W. HOFFMAN, JR.**
**UNITED STATES MAGISTRATE JUDGE**